IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE, Plaintiff | ) |
| | ) |
| VS. | ) C.A. NO. 4:20-cv-00512 |
| | ) |
| PROSPERITY BANCSHARES INC., Defendant | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE Plaintiff and PROSPERITY BANCSHARES INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   May 9, 2020                                FOR SEAN WHITE,

Plaintiff

                                            BY:   /S/  R. Bruce Tharpe
                                            R. Bruce Tharpe
                                            PO Box 101
                                            Olmito, Texas 78575
                                            (956) 255-5111 - Office
                                            (956) 599-2596 - Fax
                                            Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: May 9, 2020  PROSPERITY BANCSHARES INC., Defendant

BY: */S/ Jessica Freedson*
Senior Vice President / Legal Counsel
PROSPERITY BANK
80 Sugar Creek Center Blvd.
Sugar Land, Texas 77478
(281) 269-7259 – Direct
(281) 269-7222 – Fax
Texas State Bar ID No. 24036592