United States District Court
Southern District of Texas
**ENTERED**
May 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-512 |
| | § | |
| PROSPERITY BANCSHARES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on May 11, 2020 (Doc. No. 11) this case is **DISMISSED** with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs and attorney's fees.

SIGNED at Houston, Texas, this __13th__ day of May 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE